1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

Xanten Sigmund,

Case No. 2:24-cv-09065-AH-MAA

12

Plaintiff,

**FINAL JUDGMENT   JS-6**

13

v.

14

Darlington Villas Homeowners
Association Inc. *et al.*,

15
16

Defendants.

17
18
19

For the reasons stated in the separate order of dismissal entered on May 27, 2025, this action is dismissed without prejudice.

20

This is a final judgment.

21
22
23

Dated:  May 27, 2025

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

24
25
26
27
28